UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*March 23, 2022*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | §   CRIMINAL NO. **4:22-cr-151** |
| KYLE ANDREW COKER | § § § |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
**(Possession with Intent to Distribute Controlled Substance)**

On or about September 23, 2021, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**KYLE ANDREW COKER,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

### COUNT TWO
**(Possession of a Firearm by Prohibited Person)**

On or about September 23, 2021, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**KYLE ANDREW COKER,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Torun Arms model DF-12, 12-gauge shotgun

bearing serial number 12PA21-2398, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE
(21 U.S.C. § 853)

Pursuant to Title 21, United States Code, Section 853(a), the United States gives notice to the defendant,

**KYLE ANDREW COKER,**

that in the event of conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1) as charged in Count One of the Indictment and/or in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) as charged in Count Two of the Indictment, the following is subject to forfeiture:

(1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and
(2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

Specifically, the United States seeks forfeiture of the following:

*A Torun Arms model DF-12, 12-gauge shotgun bearing serial number 12PA21-2398
*Three rounds of live ammunition for Torun 12-gauge shotgun

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

JENNIFER B. LOWERY
UNITED STATES ATTORNEY
*Shelley J. Hicks*
By: SHELLEY J. HICKS
Assistant United States Attorney

*Craig Feazel*
CRAIG FEAZEL
Assistant United States Attorney

2