USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. **4:22-cr-151**

**HOUSTON DIVISION**

USAO Number:

Magistrate Number:

United States Courts
Southern District of Texas
FILED

Filed  *March 23, 2022*   Judge: **Hittner**

Nathan Ochsner, Clerk of Court

**ATTORNEYS:**

UNITED STATES of AMERICA

vs.

**JENNIFER B. LOWERY, USA**     (713) 567-9000

**SHELLEY J. HICKS & CRAIG FEAZEL, AUSAs**   (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| KYLE ANDREW COKER | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

**CHARGE:**
Ct. 1: Possession with Intent to Distribute Controlled Substance [21 USC § 841(a)(1) and 841(b)(1)(A)(viii) and 18 USC § 2].

Ct. 2: Possession of a Firearm by Prohibited Person  [18 USC § 922(g)(1) and 924(a)(2)].

(TOTAL)
(COUNTS:)
( 2 )

**PENALTY:**  Ct. 1: 10 years to life imprisonment and/or $10,000,000 fine; 5 years SRT;  $100 SA.

Ct. 2: Not more than 10 years imprisonment and/or $250,000 fine; 3 years SRT;  $100 SA.

[X] In Jail
[ ] On Bond
[ ] No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**