UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | **Criminal No. H-22-151** |
| § | |
| **KYLE ANDREW COKER** § | |
| **Defendant.** § | |
| § | |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jennifer B. Lowery, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **KYLE ANDREW COKER, DOB: 10/30/1990, SO 27928,** duly committed to the Sheriff of Austin County Detention Facility, 417 N. Chesley, Bellville, Tx 77418, is a defendant in the above-captioned case which will be called for the purpose of an arraignment hearing in the United States District Court for the Southern District of Texas, Houston Division, on the _____ day of _____, 2022, at _____ , in Houston, Texas.

Petitioner where he now stands duly committed by law further represents that the Sheriff of Austin County Jail, Bellville, Texas, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Sheriff of Austin County Detention Facility, 417 N. Chesley, Bellville, Tx 77418, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the _____ day of _____, 2022 at _____ , so that he may be present in this cause at that time.

Respectfully submitted,

JENNIFER B. LOWERY
United States Attorney

By:  */S/ Shelley Hicks*
SHELLEY HICKS
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9000 Phone
(713) 718-3300 Fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § § | Criminal No. H-22-151 |
| **KYLE ANDREW COKER** § § **Defendant.** § § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Sheriff, Austin County Jail, 417 North Chesley Street, Bellville, TX 77418

TO:   United States Marshal, Southern District of Texas or any other duly authorized United States Marshal

GREETINGS:  Austin County Detention Facility, 417 N. Chesley, Bellville, Tx 77418

We command that you have **KYLE ANDREW COKER, DOB: 10/30/1990, SO 27928,** now duly committed to the custody of the Sheriff of Austin County Detention Facility, 417 N. Chesley, Bellville, Tx 77418, under safe and secure conduct before the United States District Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Houston, Texas, on the _____ day of _____ 2022, at _____ , there and at that time to appear for an arraignment and any other necessary appearances in the above-styled and numbered case now pending against him in said Court, and after all proceedings have been disposed of, that you return him to the Sheriff of Austin County Detention Facility, 417 N. Chesley, Bellville, Tx 77418, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable United States Magistrate for the Southern District of Texas, and the seal of said Court in the City of Houston, Texas, on this _____ day of _____ 2022.

_____
UNITED STATES MAGISTRATE JUDGE