United States District Court
Southern District of Texas
**ENTERED**
April 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| vs. | § § | Criminal No. H-22-151 |
| **KYLE ANDREW COKER** **Defendant.** | § § § § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Sheriff, Austin County Jail, 417 North Chesley Street, Bellville, TX 77418

TO:   United States Marshal, Southern District of Texas or any other duly authorized United States Marshal

GREETINGS: Austin County Detention Facility, 417 N. Chesley, Bellville, Tx 77418

We command that you have **KYLE ANDREW COKER, DOB: 10/30/1990, SO 27928,** now duly committed to the custody of the Sheriff of Austin County Detention Facility, 417 N. Chesley, Bellville, Tx 77418, under safe and secure conduct before the United States District Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Houston, Texas, on the 18th day of April 2022, at 2:00 PM, there and at that time to appear for an arraignment and any other necessary appearances in the above-styled and numbered case now pending against him in said Court, and after all proceedings have been disposed of, that you return him to the Sheriff of Austin County Detention Facility, 417 N. Chesley, Bellville, Tx 77418, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable United States Magistrate for the Southern District of Texas, and the seal of said Court in the City of Houston, Texas, on this 31st day of March 2022.

*David Hittner*
DAVID HITTNER
United States District Judge