United States District Court
Southern District of Texas
**ENTERED**
April 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:22–cr–00151 |
| § | |
| Kyle Andrew Coker § | |

## ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Arraignment and Detention Hearing
April 20, 2022 at 10:00 AM
Courtroom 703
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 18, 2022

_____
Peter Bray
United States Magistrate Judge