UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                              Case Number: 4:22−cr−00151

Kyle Andrew Coker

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Kyle Andrew Coker as set forth below.**

**Before the Honorable Peter Bray**

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/20/2022

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Arraignment & Detention Hrg

Date: April 18, 2022                                              Nathan Ochsner, Clerk