United States District Court
Southern District of Texas

**ENTERED**
April 20, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| vs | § | Criminal H 22-151 |
| | § | |
| Kyle Andrew Coker | § | Judge David Hittner |

## *DOCKET CONTROL ORDER*

The defendant having appeared with counsel for arraignment and having entered a plea of "not guilty", it is ordered that:

1. MOTIONS will be filed by     <u>May 10, 2022</u>

2. RESPONSES will be filed by     <u>May 20, 2022</u>

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by     <u>June 13, 2022</u>

4. PRETRIAL CONFERENCE will be held before Judge David Hittner, Courtroom 8A 8th Floor **DEFENDANT MUST BE PRESENT**     <u>June 14, 2022</u> at 2:00 p.m.

5. JURY selection set for     <u>June 21, 2022</u> at 10:00 a.m.

6. Speedy trial limits waived? (yes/no)     <u>NO</u>

7. Estimated Trial Time     <u>4 days</u>

Direct questions about this schedule to ELLEN ALEXANDER, Case Manager to United States District Judge David Hittner, Ellen_Alexander@txs.uscourts.gov, 713-250-5511.

SIGNED ON <u>April 20, 2022</u> at Houston, Texas.

United States Magistrate Judge