United States District Court
Southern District of Texas
**ENTERED**
April 21, 2022
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | C.R.  Action H-22-151 (01) |
| | § | |
| Kyle Andrew Coker, | § | |

## ORDER

The Court hereby orders the parties to exchange all trial exhibits on or before June 9, 2022, seven business days prior to the date of jury selection set in the Docket Control Order.  Failure to timely exchange all trial exhibits may result in dismissal of this case or other sanctions in accordance with all applicable rules.

SIGNED at Houston, Texas, on this 21st day of April, 2022.

DAVID HITTNER
United States District Judge