IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ( | |
| | ( | |
| v. | ( | Cr. No. H-22-151 |
| | ( | |
| KYLE ANDREW COKER | ( | |

### ORDER CONTINUING JURY TRIAL

The Defendant's motion to continue jury trial is hereby granted. The Court's Docket Control Order [Doc 12] and Order [Doc 14] setting the schedule and deadlines are modified as follows:

1. MOTIONS will be filed by                                        _____

2. RESPONSES will be filed by                                      _____

3. Proposed JURY QUESTIONS and
   JURY CHARGE will be filed by                                    _____

4. EXCHANGE all trial exhibits on or before                         _____

5. PRETRIAL CONFERENCE will be held before
   Judge David Hittner, Courtroom 8A, 8th Floor
   **DEFENDANT MUST BE PRESENT**                                    _____

6. JURY selection set for                                           _____
                                                                    at 10:00 a.m.

7. Speedy trial limits waived?                                      _____NO_____

8. Estimated Trial Time                                             _____4 days_____

SIGNED THIS \_\_\_ DAY OF _____, 2022.

_____
DISTRICT JUDGE