United States District Court
Southern District of Texas
**ENTERED**
May 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ( | |
| | ( | |
| v. | ( | Cr. No. H-22-151 |
| | ( | |
| KYLE ANDREW COKER | ( | |

## ORDER CONTINUING JURY TRIAL

The Defendant's motion to continue jury trial is hereby granted. The Court's Docket Control Order [Doc 12] and Order [Doc 14] setting the schedule and deadlines are modified as follows:

1. MOTIONS will be filed by — August 1, 2022

2. RESPONSES will be filed by — August 19, 2022

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by — August 26, 2022

4. EXCHANGE all trial exhibits on or before — August 18, 2022

5. PRETRIAL CONFERENCE will be held before Judge David Hittner, Courtroom 8A, 8th Floor **DEFENDANT MUST BE PRESENT** — August 26, 2022 at 2:00 P.M.

6. JURY selection set for — August 29, 2022 at 10:00 a.m.

7. Speedy trial limits waived? — NO

8. Estimated Trial Time — 4 days

SIGNED THIS 27 DAY OF May, 2022.

_____
DISTRICT JUDGE