IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ( | |
| | ( | |
| v. | ( | Cr. No. H-22-151 |
| | ( | |
| KYLE ANDREW COKER | ( | |

**<u>DEFENDANT'S UNOPPOSED MOTION TO CONTINUE JURY TRIAL</u>**

Defendant Kyle Andrew Coker respectfully requests to move the jury trial set for August 29, 2022 and all pretrial deadlines by 90-days. In support of his request for a 90-day continuance, states the following:

Undersigned counsel has identified certain legal and factual issues that require further investigation. Undersigned counsel needs more time to complete his investigation and analysis, and then to prepare for trial. Moreover, additional time is needed to discuss the case with Mr. Coker.

The defendant respectfully submits that the best interests of justice served by granting this motion for a 90-day continuance of the jury trial and all pretrial deadlines substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial.

The government is unopposed to this Motion for Continuance.

Respectfully submitted,

*[signature]*

John MacVane
Court-Appointed Attorney for Defendant
Texas State Bar ID No. 24085444
Southern District of Texas No. 2209776
1401 McKinney Street, Suite 2250
Houston, Texas  77010
Telephone:  (713) 652-9000
Facsimile:  (713) 652-9800
Email:  JMacVane@rustyhardin.com

## CERTIFICATE OF CONFERENCE

I conferred with AUSA Shelley Hicks, who indicated that the government does not oppose the continuance sought in the foregoing motion.

*[signature]*

John MacVane

## CERTIFICATE OF SERVICE

This motion was filed by e-service to ensure service on all parties of record on July 26, 2022.

*[signature]*

John MacVane