United States District Court
Southern District of Texas
**ENTERED**
July 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | C.R. H-22-151 (01) |
| | § | |
| Kyle Andrew Coker, | § | |
| | § | |

## ORDER

Pending before the Court is the Unopposed Motion to Continue Jury Trial (Doc. # 19). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be denied. Accordingly, the Court hereby

ORDERS that the Unopposed Motion to Continue Jury Trial (Doc. # 19) is DENIED.

SIGNED at Houston, Texas, on this 27th day of July 2022.

DAVID HITTNER
United States District Judge