# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR. NO. 4:22-CR-151 |
| | § | |
| KYLE ANDREW COKER | § | |

## UNOPPOSED MOTION FOR CONTINUANCE AND ENTRY OF SUPERSEDING DOCKET CONTROL ORDER

Defendant, **KYLE ANDREW COKER**, by and through his attorney of record, Gerardo S. Montalvo, files this Unopposed Motion for Continuance and Entry of a Superseding Docket Control Order. In support thereof, defendant shows the following:

### I.

Mr. Coker is charged by indictment with Possession with Intednt to Distribute a Controlled Substance and Possession of a Firearm by a Prohibited Person in violation of Title 21, U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) and Title 18 U.S.C §§ 922(g)(1) 924(a)(2) and 2.

A Pretrial Conference is scheduled for August 26, 2022, with Jury Selection and Trial scheduled for August 29, 2022.

### II.

Counsel was appointed to represent the defendant pursuant to the Criminal Justice Act, on August 17, 2022 (five days ago) replacing defendant's previous counsel.

Discovery in this case is voluminous and was produced three days ago. Further, discovery is on-going as counsel believes there will be additional discovery requests.

Counsel needs additional time to receive and review all the discovery materials both independently and with the defendant.

Additionally, counsel needs additional time to investigate the facts that form the basis of the indictment and determine what pretrial motions, if any, may be appropriate.

Therefore, Mr. Coker respectfully requests this court grant a continuance of the trial date and enter a superseding docket control order.

Defendant seeks this continuance not simply for delay, but so that justice may be done, in accordance with his right to effective assistance of counsel as guaranteed by the 6th Amendment to the United States Constitution.

Defendant believes that failure to grant such a continuance in the proceeding would result in a miscarriage of justice.  As such, defendant respectfully requests this court enters an order finding excludable time under the Speedy Trial Act as found in Title 18, United States Code, Sections 3161, et seq., for the reason, summarily stated, that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial as the same is specifically defined in the aforesaid Act.

The defendant states further that the factors to be considered in this motion in making the findings requested are included in the aforesaid Act in Section 3161, paragraph (h).

### III.

Assistant United States Attorney Shelley Hicks is unopposed.

WHEREFORE PREMISES CONSIDERED, defendant respectfully requests that the trial in this matter be continued, and all motion deadlines be extended. Defendant requests a continuance of at least 60 days.

Respectfully Submitted,

By: /s/ Gerardo S. Montalvo
**GERARDO S. MONTALVO**
State Bar of Texas No. 24039066
Southern District of Texas No. 34598
**The Montalvo Law Firm, PLLC**
Park Central Plaza
1111 North Loop West, Ste. 820
Houston, Texas 77008
(713) 526-5002 Telephone
(713) 526-5018 Facsimile

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

By my signature below, I do hereby certify I have conferred with Assistant United States Attorney Shelley Hicks who advised the government is ***unopposed*** to this motion.

/s/ Gerardo S. Montalvo
**GERARDO S. MONTALVO**

## CERTIFICATE OF SERVICE

By my signature below, I do hereby certify that a true and correct copy of the above and foregoing instrument was served on all known filing users by electronic mail via ECF/NEF and via U.S. First Class Mail and/or hand delivery to all other counsel of record on August 23, 2022.

/s/ Gerardo S. Montalvo
**GERARDO S. MONTALVO**