United States District Court
Southern District of Texas
**ENTERED**
August 24, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | C.R. 4:22-151 (01) |
| | § | |
| Kyle Andrew Coker, | § | |

## ORDER

Pending before the Court is the Unopposed Motion for Continuance (Doc. # 24). After further review and having considered the motion and the applicable law, the Court determines that the foregoing motion should be granted. Accordingly, the Court hereby

ORDERS that the Motion for Continuance (Doc. # 24) is GRANTED. The new dates and deadlines are as follows:

Motions are due by November 1, 2022.
Responses are due by November 18, 2022.
Proposed Jury Questions and Charges are due by December 2, 2022.
Exchange all Trial Exhibits on or before November 23, 2022.
Pretrial Conference is scheduled for December 2, 2022 at 2:00 p.m.
Trial is scheduled for December 5, 2022 at 10:00 a.m.

SIGNED at Houston, Texas, on this 24th day of August, 2022.

DAVID HITTNER
United States District Judge