## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CR. NO. 4:22-CR-151** |
| | § | |
| **KYLE ANDREW COKER** | § | |

### ORDER GRANTING A CONTINUANCE

The defendant's Unopposed Motion for Continuance is hereby **Granted**.

The new dates and deadlines are as follows:

MOTIONS are due by _____. RESPONSES

are due by _____.

Proposed Jury Questions and Charges are due by _____.

Exchange all Trial Exhibits on or before _____.

Pretrial Conference is scheduled for _____ at _____ p.m.

Trial is scheduled for _____ at _____ a.m.

**SIGNED at Houston, Texas, on November _____, 2022.**


_____
**DAVID HITTNER**
**UNITED STATES DISTRICT JUDGE**