Case 4:22-cr-00151   Document 27   Filed 11/28/22 in TXSD   Page 1 of 1
Case 4:22-cr-00151   Document 26-1   Filed on 11/26/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 28, 2022
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | **CR. NO. 4:22-CR-151** |
| § | |
| **KYLE ANDREW COKER** § | |

### ORDER GRANTING A CONTINUANCE

The defendant's Unopposed Motion for Continuance is hereby **Granted**.

The new dates and deadlines are as follows:

MOTIONS are due by _12/23/22_. RESPONSES are due by _12/30/22_.

Proposed Jury Questions and Charges are due by _1/3/23_.

Exchange all Trial Exhibits on or before _1/3/23_.

Pretrial Conference is scheduled for _January 12, 2023_ at _2:00_ p.m.

Trial is scheduled for _January 17, 2023_ at _10:00_ a.m.

**SIGNED** at Houston, Texas, on November _28_, 2022.

_____
**DAVID HITTNER**
**UNITED STATES DISTRICT JUDGE**