JUDGE __DAVID HITTNER__

CASE MANAGER __Joseph Wells__   RPTR/~~Tape~~ __Malone__

INTERPRETER _____

TIME ____ begin ____ A.M. end   __3:17__ begin | __3:48__ end P.M.   DATE __01/12/2023__

CR. NO. __4:22 cr 151__   DEFT. NO. __1__

UNITED STATES OF AMERICA   § __Shelley Hicks, Craig Feazel__ AUSA
vs.   §
__Kyle Andrew Coker__   §   __Gerardo Montalvo__ ☒ CJA

## ARRAIGNMENT / REARRAIGNMENT

☒ karr./krearr.   ☐ Arraignment   ☒ Rearraignment   held on cts __2__.

☒ kpl.   Deft enters a plea of ☒ gpl. (guilty)   ☐ ngpl. (not guilty)   ☐ nolopl. (nolo).

☐ kwvindi.   Indictment waived.

☒ kplag.   PLEA AGREEMENT: __11 (c)(1)(a) & (b)__

☒ ...   Order for PSI setting Disclosure and Sentencing dates signed.

☐ kwvpsi.   PSI waived.

☒ ksen.   Sentencing set __April 13, 2023__ at __2:15 pm__.

☐ kjytrl.   Jury trial set _____ at _____.

☐ ko.(bnd.)   Deft bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐ ...   Deft failed to appear, bench warrant to issue.

☐ ...   Deft bond ☐ continued ☐ forfeited.

☒ ...   Deft remanded to custody.

☒ ...   Terminate other settings for this deft.   ☒ Terminate motions for this deft.

OTHER PROCEEDINGS: _____

Copy to:   USPO