# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:22-CR-151-001 |
| | § | |
| KYLE ANDREW COKER | § | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING AND EXTEND TIME TO FILE COMMENTS AND OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

Defendant, **KYLE ANDREW COKER**, by and through his attorney of record, Gerardo S. Montalvo, files this Unopposed Motion to Continue Sentencing in this case and Extend Time to File Objections and Comments to the Presentence Investigation Report (PSR). In support thereof, defendant respectfully shows the following:

### I.

The PSR was disclosed on March 7, 2023. Comments and Objections to the PSR are due on March 22, 2023. Sentencing in this case is scheduled for April 13, 2023.

### II.

The PSR contains both factual and legal issues that warrant further research and investigation. Counsel needs additional time to review the report both independently and with the defendant, research issues and determine what objections are appropriate.

For these reasons, Mr. Coker respectfully requests an order continuing sentencing in this case for a period of forty-five (45) days and extending the time to file PSR Comments and Objections in accordance with the new sentencing date.

Defendant seeks this continuance and extension of time not simply for delay, but so that justice may be done in accordance with his right to effective assistance of counsel.

### III.

Counsel has conferred with Assistant United States Attorney Shelly Sullivan who advised she is ***unopposed to this motion***.

WHEREFORE PREMISES CONSIDERED, Mr. Coker respectfully requests this Honorable Court continue sentencing for a period of forty-five (45) days and extend time to file PSR objections in accordance with the that order.

Respectfully Submitted,

By:    /s/ Gerardo S. Montalvo
**GERARDO S. MONTALVO**
State Bar of Texas No. 24039066
Southern District of Texas No. 34598
Eastern District of Texas No.9066
**The Montalvo Law Firm, PLLC**
Park Central Plaza
1111 North Loop West, Ste. 820
Houston, Texas 77008
(713) 526-5002 Telephone
(713) 526-5018 Facsimile
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

By my signature below, I do hereby certify that I conferred with the Assistant United States Attorney Shelley Sullivan, and she advised she is *unopposed* to this motion.

    /s/ Gerardo S. Montalvo
**GERARDO S. MONTALVO**

## CERTIFICATE OF SERVICE

By my signature below, I do hereby certify that a true and correct copy of the above and foregoing instrument was served on all known filing users by electronic mail via ECF/NEF and via U.S. First Class Mail and/or hand delivery to all other counsel of record on March 7, 2023.

    /s/ Gerardo S. Montalvo
**GERARDO S. MONTALVO**