# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:22-CR-151-001** |
| | § | |
| **KYLE ANDREW COKER** | § | |

## ORDER

Upon consideration, the Defendant's Unopposed Motion to Continue Sentencing for forty-five (45) days and Extend Time to file Comments and Objections to the Presentence Investigation Report (PSR) is hereby GRANTED.

Counsel's Objections and Comments to the PSR are due to the court on _____, 2023.

The probation officer must submit to the judge the final PSR with an addendum addressing contested issues on _____, 2023.

Sentencing is set for_____, 2023 at _____ in Courtroom 8A.

Signed at Houston on this _____ day of _____, 2023.

_____
**DAVID HITTNER**
**UNITED STATES DISTRICT JUDGE**