United States District Court
Southern District of Texas
**ENTERED**
March 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:22–cr–00151 |
| | § | |
| Kyle Andrew Coker | § | |

**ORDER RESETTING SENTENCING**

The sentencing of **Kyle Andrew Coker** is reset:

1. The presentence investigation report is to be disclosed by April 28, 2023.

2. Counsel will file objections or a statement of no objections by May 12, 2023.

3. The final presentence investigation report and addendum will be filed by May 26, 2023.

4. The sentencing hearing is reset to **June 2, 2023 at 01:30 PM**.

Signed on March 10, 2023, at Houston, TX
.

David Hittner
United States District Judge