**Honorable David Hittner Presiding**
**Case Manager:** Joseph Wells          **Court Reporter:** D Smith
**USPO:** Adriana Lara                  **Interpreter:**
**AM Begin:**       **End:**            **PM Begin:** 1:38   **End:** 1:53   **Date:** 06/02/2023

CR. No. 4:22-cr-151          Deft No. 1

**United States of America**     §     AUSA: Shelley Sullivan, Craig Feazel
                                 §
**Vs.**                          §
                                 §
Kyle Andrew Coker                §     **Defense Counsel:** Gerardo Montalvo

**SENTENCING**

☒ Sentencing held                       ☐ With contested issues
    ☒ Guilty Plea    ☐ Guilty Verdict     Date: 1/12/2023   Counts: 2
☒ Indictment    ☐ Information           ☐ Indictment Waived
☒ Sentence:

Committed to the custody of the BOP for a term of 120 months. To run ~~Supervised~~ consecutive to pending state charges. Supervised release for a term of 3 years. Fine waived.

☒ Special assessment on counts: 2
    ☐ Remitted
☒ Counts dismissed on government's motion: 1
☐ Bond
    ☐ Continued    ☐ Forfeited    ☐ Set:
☐ Defendant ordered to surrender
    ☐ When designated    ☐ To US Marshal on:
☒ Defendant remanded to custody
☒ Terminate other settings for defendant
☒ Terminate motions for defendant
Other:

Any objections overruled. PSR & Addendums Adopted.