United States District Court
Southern District of Texas
**ENTERED**
June 02, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 4:22-CR-151 |
| ) | |
| KYLE ANDREW COKER ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture signed on __JANUARY 12, 2023__ is final as to the defendant, Kyle Andrew Coker, and shall be made part of the defendant's sentence and included in the judgment.

Signed on __June 2__, 2023.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE