# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. 4:22-CR-151** |
| | § | |
| **KYLE ANDREW COKER** | § | |

## DEFENDANT'S NOTICE OF APPEAL

Defendant **KYLE ANDREW COKER**, by and through his attorney of record, Gerardo S. Montalvo, gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from this Court's judgment of conviction and sentence pronounced on June 2, 2023.

                                                **Respectfully submitted,**

                             **By:**   /s/ Gerardo S Montalvo
                                             **Gerardo S. Montalvo**
                                             Texas Bar Number 24039066
                                             Southern District of Texas No. 34598
                                             **The Montalvo Law Firm, PLLC**
                                             Park Central Plaza
                                             1111 North Loop West, Suite 820
                                             Houston, Texas 77008
                                             Telephone:  713.526.5002
                                             Facsimile:  713.526.5018

                                             **ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

By my signature below, I do hereby certify that a true and correct copy of the above and foregoing instrument was served on all known filing users by electronic mail via ECF/NEF and via U.S. First Class Mail and/or hand delivery to all other counsel of record on June 2, 2023.

                                                      /s/ Gerardo S. Montalvo
                                                      **GERARDO S. MONTALVO**