# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:22-CR-151 |
| | § | |
| KYLE ANDREW COKER | § | |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND MOTION FOR APPOINTMENT OF COUNSEL

Gerardo S. Montalvo moves to withdraw as attorney of record for defendant, **KYLE ANDREW COKER**, and in support thereof, shows this honorable court good cause as following:

**I.**

On August 17, 2022, counsel Gerardo S. Montalvo, was appointed to represent Mr. Coker pursuant to the Criminal Justice Act, replacing previous counsel.

On January 12, 2023, the defendant entered a plea of guilty to Count 2 of the indictment.

On June 2, 2023, the defendant was sentenced to 120 months custody of the Federal Bureau of Prisons.

On June 2. 2023, defendant timely filed notice of appeal.

## II.

Counsel is requesting permission to withdraw as attorney of record, as counsel has accepted a position with the United States District Court for the Southern District of Texas, as the Criminal Justice Act Supervising Attorney. Counsel will start in this position on June 12, 2023.

Withdrawal in this case can be accomplished without material adverse effects on the interests of the client.

Counsel has conferred with defendant who does not oppose this motion.

WHEREFORE PREMISES CONSIDERED, Counsel respectfully requests, this court allow him to withdraw as attorney of record and that substitute counsel be appointment to represent defendant on **appeal**.

Respectfully Submitted,

By:   /s/ Gerardo S. Montalvo
**GERARDO S. MONTALVO**
State Bar of Texas:   24039066
**The Montalvo Law Firm, PLLC**
Park Central Plaza
1111 North Loop West, Suite 820
Houston, Texas 77008
(713) 526-5002 Telephone
(713) 526-5018 Facsimile
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

By my signature below, I do hereby certify that I have conferred with Assistant United States Attorney Craig Feazel who advised he is ***unopposed to this motion.***

/s/ Gerardo S. Montalvo
**GERARDO S. MONTALVO**

## CERTIFICATE OF SERVICE

By my signature below, I do hereby certify that a true and correct copy of the above and foregoing instrument was served on all known filing users by electronic mail via ECF/NEF and electronic transmission and/or hand delivery to all other counsel of record on June 2, 2023.

/s/ Gerardo S. Montalvo
**GERARDO S. MONTALVO**
