# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. 4:22-CR-151** |
| | § | |
| **KYLE ANDREW COKER** | § | |

## ORDER

Upon consideration, Gerardo S. Montalvo's motion to withdraw as attorney of record is hereby **GRANTED.**

It is therefore ordered that Gerardo S. Montalvo is released from further obligation in this case and the Court will appoint substitute appellate counsel for appeal.

**SIGNED** at Houston, Texas, on this ____ day of June 2023.

 

**DAVID HITTNER**
**UNITED STATES DISTRICT JUDGE**