Case 4:22-cr-00151   Document 47   Filed 06/06/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:22-CR-151 |
| | § | |
| KYLE ANDREW COKER | § | |

### ORDER

Upon consideration, Gerardo S. Montalvo's motion to withdraw as attorney of record is hereby **GRANTED**.

It is therefore ordered that Gerardo S. Montalvo is released from further obligation in this case and the Court will appoint substitute appellate counsel for appeal.

SIGNED at Houston, Texas, on this __6__ day of June 2023.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE