United States District Court
Southern District of Texas

**ENTERED**

July 13, 2023

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| USA, | § | |
| | § | |
| v. | § | |
| | § | Criminal Action No. H-22-151-1 |
| Kyle Andrew Coker, | § | |
| | § | |
| Defendant. | § | |

### ORDER

The Court hereby

**ORDERS** that Attorney Eric Reed is appointed as new counsel for the defendant in the appeal of this case.

SIGNED at Houston, Texas, on this **13** day of July, 2023.

DAVID HITTNER
United States District Judge