## TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court <u>Southern District of Texas</u> District Court Docket No. <u>4:22-cr-00151</u>

Short Case Title <u>USA v. Kyle Andrew Coker</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>David Smith</u>

Date Notice of Appeal Filed in the District Court <u>06/05/2023</u> Court of Appeals No. <u>23-20262</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____

☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____

☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____

☐Opinion of court _____ ☐Jury Instructions _____ ■Sentencing <u>06/02/2023</u>

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐Private Funds; ■Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);

☐Other IFP Funds; ☐Advance Payment Waived by Reporter; ☐U.S. Government Funds

☐Other_____

Signature _____ Date Transcript Ordered <u>07/20/2023</u>

Print Name <u>Robert Eric Reed</u> Phone <u>713-600-1800</u>

Counsel for <u>Kyle Andrew Coker</u>

Address <u>912 Prairie Street, Suite 100, Houston Texas 77002</u>

Email of Attorney: <u>ereed@reedlawpllc.com</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes_____

Date _____ Signature of Reporter _____