United States Courts
Southern District of Texas
**FILED**
October 19, 2023
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 19, 2023
Lyle W. Cayce
Clerk

No. 23-20262

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

KYLE ANDREW COKER,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CR-151-1

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of October 19, 2023, pursuant to appellant's motion.

          LYLE W. CAYCE
          Clerk of the United States Court
          of Appeals for the Fifth Circuit

          *Christina Rachal*

By: _____
          Christina C. Rachal, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 19, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 23-20262   USA v. Coker
                            USDC No. 4:22-CR-151-1

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Christina C. Rachal, Deputy Clerk
                          504-310-7651

cc:
    Ms. Carmen Castillo Mitchell
    Mr. Robert Eric Reed