IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | |
| | § | Criminal Action No. H-22-151-1 |
| Kyle Andrew Coker, | § | Civil Action No. H-25-101 |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## ORDER

Pending before this Court is a Motion to Vacate Under 28 U.S.C. § 2255 (Document No. 66). The Government shall file a response addressing the merits of the motion on or before February 25, 2025. Failure to respond shall be construed as nonopposition to Defendant's motion.

SIGNED at Houston, Texas, on this __10__ day of January, 2025.

DAVID HITTNER
United States District Judge