AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| KYLE ANDREW COKER, | ) | |
| *Defendant/Movant* | ) | 4:22-CR-00151 |
| v. | ) | Case No. |
| UNITED STATES OF AMERICA, | ) | 4:25-CV-00101 |
| *Plaintiff/Respondent* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA, Respondent.

Date: 1/15/2025

/s/ Philip S. Harris
*Attorney's signature*

Philip S. Harris; TX Bar No. 24086583
*Printed name and bar number*

U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002
*Address*

philip.harris@usdoj.gov
*E-mail address*

(713) 567-9102
*Telephone number*

(713) 718-3300
*FAX number*

## Certificate of Service

I certify that this Notice of Appearance of Counsel was electronically filed with the United States District Clerk for the Southern District of Texas on January 15, 2025, and a true and correct copy served upon the pro se movant by United States mail on the same date, addressed to:

Kyle Andrew Coker
Reg. No. 94249-509
USP McCreary
P. O. Box 3000
Pine Knot, KY  42635

/s/ Philip S. Harris
PHILIP S. HARRIS
Assistant U.S. Attorney