IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 4:22-cr-00151-1

KYLE ANDREW COKER

United States Courts
Southern District of Texas
FILED

**NOTICE OF NEW ADDRESS**

JAN 29 2025

Nathan Ochsner, Clerk of Court

COMES Petitioner, Kyle Andrew Coker ("Coker"), appearing *pro se,* and in support of this notice would show as follows:

Please be advised that Coker has been moved from:

> KYLE ANDREW COKER
> Register Number: 94249-509
> FTC OKLAHOMA CITY
> FEDRAL TRANSFER CENTER
> P.O. BOX 898801
> OKLAHOMA CITY, OK 73189

to:

> Kyle A. Coker
> Register Number: 94249-509
> USP McCreary
> U.S. PENITENTIARY
> P.O. BOX 3000
> PINE KNOT, KY 42635

WHEREFORE, Coker respectfully requests that the Court adjust its records to reflect his new contact information and direct future correspondence to the address noted above.

Respectfully submitted,

Dated: January 7, 2025

*Kyle Andrew Coker*
Kyle A. Coker
Register Number: 94249-509
USP McCreary
U.S. PENITENTIARY
P.O. BOX 3000
PINE KNOT, KY  42635