IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 17 2025

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA

v.                                          Criminal No. 4:22-cr-00151

KYLE ANDREW COKER

## MOTION FOR EXTENSION OF TIME TO REPLY TO UNITED STATES' RESPONSE IN OPPOSITION TO MOTION TO DISMISS 28 U.S.C. § 2255 MOTION

COMES Defendant, Kyle Andrew Coker ("Coker"), appearing *pro se*, and files his Motion for Extension of Time to Respond to the United States' Memorandum in Opposition To and Motion to Dismiss Coker's 28 U.S.C. § 2255 Motion ("MTD"), and would show as follows:

### PRELIMINARY STATEMENT

As a preliminary matter, Coker respectfully requests that this Court be mindful that *pro se* pleadings are to be construed liberally. See *United States v. Kayode*, 777 F.3d 719 (5th Cir. 2014) (*Pro se* pleadings are to be held to less stringent standards than formal pleadings drafted by lawyers, and should therefore be liberally construed); *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (same); and *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (same).

### REASON FOR EXTENSION

The twenty-seven (27) page single spaced United States MTD was filed on February 25, 2025, but was just received by Coker through the prison mail, which has become unreliable and sporadic since the Covid/Delta Virus pandemic. Further, the compound at USP Mccreary has had very limited access to the prison law library since the pandemic. Because of these limitations, Coker

needs more time to research, prepare and perfect his Response to the USR. Therefore, he seeks a thirty (30) day extension of time, up to and including April 13, 2025, to complete his Response.

WHEREFORE, premises considered, Coker prays that the Court grant this motion and extend his deadline for filing his Reply, up to and including, April 13, 2025.

Respectfully submitted,

Dated: March 13, 2025

*Kyle Andrew Coker*
Kyle A. Coker
Register Number: 94249-509
USP McCreary
U.S. PENITENTIARY
P.O. BOX 3000
PINE KNOT, KY   42635

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2025, a true and correct copy of the above and foregoing Motion for Extension of Time to Respond to the United States' Memorandum in Opposition To and Motion to Dismiss Coker's 28 U.S.C. § 2255 Motion, was sent via First Class U. S. Mail, postage prepaid, to Philip S. Harris, Assistant United States Attorney, 1000 Louisiana Street, Ste. 2300, Houston, TX 77002.

*Kyle Andrew Coker*
KYLE ANDREW COKER