United States District Court
Southern District of Texas
**ENTERED**
March 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| United States of America, § § § | |
| v. § | Criminal Action No. H-22-151 |
| § § | |
| Kyle Andrew Coker, § § | |
| Defendant. § § | |

## ORDER

Pending before the Court is Defendant's Motion for Extension of Time to Reply to United States' Response in Opposition to Dismiss 28 U.S.C. § 2255 Motion (Document No. 71). Having considered the motion, submissions, and applicable law, the Court determines the motion should be granted. Accordingly, the Court hereby

**ORDERS** that Defendant's Motion for Extension of Time to Reply to United States' Response in Opposition to Dismiss 28 U.S.C. § 2255 Motion (Document No. 71) is **GRANTED.** Defendant's deadline to file his reply is extended up to and including April 13, 2025.

SIGNED at Houston, Texas, on this **25** day of March, 2025.

DAVID HITTNER
United States District Judge