# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas


20250325-77

Kyle Andrew Coker 94249-509
P.O. Box 3000
Pine Knot, KY 42635

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

Date: Tuesday, March 25, 2025
Case Number: 4:22-cr-00151
Document Number: 73 (1 page)
Notice Number: 20250325-77
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.

