# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas

```
20251222-55
```

Kyle Andrew Coker
94249-509
U.S. Penitentiary USP MCCREARY
P.O. Box 3000
Pine Knot, KY 42635

United States Courts
Southern District of Texas
FILED

JAN 28 2026

Nathan Ochsner, Clerk of Court
515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

Date: Monday, December 22, 2025
Case Number: 4:22-cr-00151
Document Number: 76 (8 pages)
Notice Number: 20251222-55
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.

CLERK
D STATES DISTRICT COURT
UTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

**OFFICIAL BUSINESS**

United States Courts
Southern District of Texas
FILED

JAN 28 2026

Nathan Ochsner, Clerk of Court

NIXIE    400  40 1         0201/06/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RETURN TO SENDER

___ Incomplete Name/Register Number
_X_ No Longer at this Address
___ Unable to Identify Addressee

USP McCreary, Pine Knot, KY  42635

FIRST-CLA



ZIP 77002
02 7W
0000803581